**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1963**

---

ROBERT E. FENER,

                                        Plaintiff - Appellant,

        versus

JAMES HUNT, District Ranger, Pedlar District;
MIKE DOMBECK, Chief U. S. Forest Service U. S.
Department of Agriculture,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.  Jackson L. Kiser, Senior
District Judge.  (CA-97-24-L)

---

Submitted:  May 29, 1998          Decided:  June 23, 1998

---

Before MURNAGHAN, HAMILTON, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert E. Fener, Appellant Pro Se.  Sean Hoe Donahue, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C.; Julie C. Dudley, Assistant
United States Attorney, Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert E. Fener appeals the district court's order granting summary judgment for the Defendants in Fener's action challenging a decision of the United States Forest Service to implement a timber sale in the George Washington National Forest. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fener v. Hunt</u>, No. CA-97-24-L (W.D. Va. June 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>